IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| MICKY DAWN WADE, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 7:21-cr-001-O-BP |
| § | |
| WICHITA COUNTY TEXAS, § | |
| § | |
| Respondent. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Micky Dawn Wade's Motion for Leave to Proceed *In Forma Pauperis*. ECF No. 4. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that the motion be denied because Wade's inmate trust account statement reflects that he has sufficient funds with which to pay the $5.00 filing fee. *See* ECF No. 5. Wade has filed objections. ECF No. 6.

The District Court reviewed de novo those portions of the Findings, Conclusions, and Recommendation to which objections were made and reviewed the remaining Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 4) is **DENIED**. Petitioner shall tender the $5.00 filing fee to the Clerk of Court by February 12, 2021. Failure to comply with this order may result in dismissal of the case without further notice.

**SO ORDERED** this **22nd day** of **January, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE